JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises Inc, | CASE NO. 2:12-cv-06648-SVW-MRW |
| Plaintiff, | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| Charming World Corporation, Sau Yan Chow, Does 1-10, | |
| Defendants. | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated. The Court VACATES all hearing dates and deadlines.

This Court retains jurisdiction over this action until the settlement is consummated and this Order shall not prejudice any party to this action.

Dated: February 20, 2013

HON. STEPHEN V. WILSON
United States District Judge